FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2019 SEP -4 PM 4: 21

CLERK J. Hooka
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

THE UNITED STATES OF AMERICA,   )
                              )
        Plaintiff,        )
vs.                        )      CR119-105
                              )
MASON SMITH,            )
                              )
        Defendant.    )

## IN RE: LEAVE OF ABSENCE

Application for Leave of Absence has been requested in the above-captioned case by Danny L. Durham for the period of Monday, September 30, 2019 through and including Tuesday, October 8, 2019 for the purpose of Family Vacation. The above and foregoing request for Leave of Absence is APPROVED.

The granting of this leave in no way affects the pretrial and trial assignments in this case.

SO ORDERED this 4th day of September, 2019, at Augusta, Georgia.

HON. DUDLEY H. BOWEN, JR., JUDGE
UNITED STATES DISTRICT COURT